UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
::
CREDIT SUISSE SECURITIES (USA) LLC,   :   No. 07 Civ. ___
          Petitioner,
::
  -against-
::
JOHN L. SULLIVAN II,
          Respondent.   :
::
------------------------------------------------------------- x

## PETITIONER CREDIT SUISSE SECURITIES (USA) LLC DISCLOSURES PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Credit Suisse Securities (USA) LLC discloses as follows:

Credit Suisse Securities (USA) LLC is a subsidiary of Credit Suisse Group. No publicly held corporation other than Credit Suisse Group owns 10% or more of the stock of Credit Suisse Securities (USA) LLC.

Dated: New York, New York
      October 3, 2007

                              CREDIT SUISSE SECURITIES (USA) LLC

                              By _/s/ Alexander Barnard_
                              Alexander C.B. Barnard (AB-3181)

                                11 Madison Avenue
                                New York, NY 10010
                                (212) 325-2000
                                *Attorneys for Petitioner Credit Suisse Securities (USA) LLC*