PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

October 16, 2007

**VIA ELECTRONIC NOTICE**

The Honorable John G. Koeltl
United States Courthouse
500 Pearl St., Room 1030
New York, NY 10007

    Re:    Credit Suisse Securities (USA) LLC v. John L. Sullivan II,
            Civ. No. 07-08556

Dear Judge Koetl:

    We represent John L. Sullivan II regarding his departure from Credit Suisse Securities USA LLC ("Credit Suisse") on September 27, 2007.

    Mr. Sullivan has not been served with a Summons, Complaint or other papers in this matter.

    Counsel for Credit Suisse is on notice that I am engaged in another matter in the United States District Court for the Northern District of California before the Honorable Judge Morrison C. England, but chose to appear, apparently, in Court today. I am the only attorney in my law firm who is fully familiar with the facts of this matter.

    The action commenced by Credit Suisse is wholly without merit and we respectfully ask for the opportunity to submit opposition papers and be heard. Given the great lapse in time, there is no urgency here.

PADUANO & WEINTRAUB LLP

      Please call me on my mobile. Mr. Fletcher has the number.

      Thank you.

                                              Respectfully,

                                              Anthony Paduano
                                              (Dictated but not read)

cc: Alexander C.B. Barnard