AGREEMENT TO USE
EMPLOYEE DISPUTE RESOLUTION PROGRAM PROCEDURES



1. I confirm that I have received and have carefully read the Statement of Policy regarding the Credit Suisse First Boston Employment Dispute Resolution Program (the "Program").

2. I agree that I will submit all claims I may from time to time have against Credit Suisse First Boston (including each of its past, present, and future legal entities, and its and their past, present, and future directors, officers, and employees in both their individual and their institutional capacities) ("Credit Suisse First Boston) that relate to or arise from my employment or termination (including manner of termination) of employment, excluding only claims for workers' compensation and claims for unemployment benefits, to and in accordance with the dispute resolution procedures under the Program. I understand that the types of claims I am hereby agreeing to submit to the Program include, without limitation, all employment-related claims under Title VII of the Civil Rights Act of 1964, the Civil Rights Act of 1866, the Civil Rights Act of 1991, the Age Discrimination in Employment Act, the Equal Pay Act, the Americas with Disabilities Act, the Employee Retirement Income Security Act, the Fair Labor Standards Act, the Rehabilitation Act of 1973, the Family and Medical Leave Act, or any other federal, state, or local statute, ordinance, regulation or common law rule or decision regarding employment discrimination, civil rights, human rights, conditions of employment, or termination (including manner of termination) of employment, as the foregoing may form time to time be amended. State and local laws that are covered include, also without limitation, the laws of New York, California, Illinois, Texas, Florida, Georgia, Massachusetts, Pennsylvania, and any other state or any locality where Credit Suisse First Boston has, had, or may at any time have an office.

3. The term "Employment-Related Claim" is used herein to refer to all claims of the type that are covered by the Program.

4. I understand that my employment by Credit Suisse First Boston is expressly conditioned on my entering into this Agreement.

5. I acknowledge that under the Program I am required to file any request for mediation or arbitration of an Employment-Related Claim within a prescribed period, and that, if I do not file my request within that time period, I will forfeit any further rights I might have to make use of the Program and will not be able to sue in court on the claim.

6. I understand that, to the fullest extent permitted by law, I will be barred from bringing any action or proceeding in any federal, state, or local court relating in any way to an Employment-Related Claim (provided that I shall have the right to sue to enforce an arbitrator's award made in connection with Step Three of the Program).

_____   8/9/01
Signature                        Date         589 1654

JOHN L. SULLIVAN II              43LX
Print Name                       Employee ID#

**RETURN TO JANICE MARIE PROVETTI, EMA - 7**