PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

————

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

October 10, 2007

**VIA ELECTRONIC AND FIRST-CLASS MAIL**

Alexander C.B. Barnard
Director & Counsel
Credit Suisse Securities (USA) LLC
One Madison Avenue
New York, New York 10010

John J. Carr
ADR Specialist E/C Region
JAMS, The Resolution Experts
One Beacon Street, Suite 2300
Boston, Massachusetts 02108

> Re:    John L. Sullivan II v. Credit Suisse Securities (USA) LLC
>        Ref. No. 1425000 929

Gentlemen:

As you know we represent John L. Sullivan II regarding his former employment at Credit Suisse.

I again write to request that we be provided with the document signed by Mr. Sullivan that requires either or both of a mediation or arbitration before JAMS in New York City.

Yours sincerely,

*Anthony Paduano (wd)*

Anthony Paduano