**PADUANO & WEINTRAUB LLP**
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

October 16, 2007

**VIA TELECOPIER AND FIRST-CLASS MAIL**

Ms. Nildania Perez
Field Supervisor
JAMS\Endispute
45 Broadway, 28th Floor
New York, New York 10006

    Re:    Credit Suisse Securities (USA) LLC v. John L. Sullivan II
            Ref. No. 1425000 929

Dear Ms. Perez:

    We are in receipt of the enclosed correspondence from counsel for Credit Suisse.

    The Demand for Arbitration before JAMS is defective and of no effect as to our client, Mr. Sullivan. There must be a written agreement that allows JAMS to hear this matter, and to hear this matter in New York City. The JAMS submission form requires that "[t]wo (2) copies of the entire contract containing the arbitration clause" accompany the Demand. We have seen no such contract or clause signed by our client; if one has been provided to you, please provide it to me now. Until we see a binding agreement to arbitrate before JAMS in New York City, the Demand is rejected by our client.

Thank you for your courtesies.

                                  Yours sincerely,

                                  Anthony Paduna (sic)
                                  Anthony Paduano
                                  (Dictated but not read)

cc: Alexander C.B. Barnard

# CREDIT SUISSE

CREDIT SUISSE SECURITIES (USA) LLC
One Madison Avenue
New York, NY 10010-3629

Tel    1 212 325 2000
www.credit-suisse.com

October 16, 2007

**VIA E-MAIL and FACSIMILE: 212-785-9099**

Anthony Paduano
Paduano & Weintraub
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020

Re:   *Credit Suisse v. Sullivan*, 07-CV-8556

Dear Mr. Paduano:

As you know, in light of your client's conduct surrounding his purported resignation from Credit Suisse and his apparent violations of his contractual obligations and fiduciary duties, Credit Suisse has initiated arbitration in JAMS. Based on recently-obtained evidence, Credit Suisse is now amending its arbitration papers to assert additional claims against your client. We enclose a copy of the amended arbitration papers along with a courtesy copy of the original papers herewith.

Please be advised that Credit Suisse will be filing today a motion by order to show cause for a temporary restraining order and preliminary injunction in aid of the JAMS arbitration in the Southern District of New York. If you wish to be heard in connection with this motion, please contact me.

Very truly yours,

Alexander C.B. Barnard

Enclosure

# CREDIT SUISSE
## EMPLOYMENT DISPUTE RESOLUTION PROGRAM

### Request for Mediation

1. Credit Suisse Securities (USA) LLC ( Credit Suisse,) believes that it has an Employment Related Claim, as that term is defined in the Credit Suisse Dispute Resolution Program (the "Program"), against a former employee, John L. Sullivan II.

2. The following is a description of the Employment Related Claim Credit Suisse believes it has against John L. Sullivan II:

   Credit Suisse claims that John L. Sullivan II violated contractual obligations and fiduciary duties in connection with his resignation from Credit Suisse and subsequent conduct.

3. The relief Credit Suisse is seeking is as follows: A mediation by a neutral third party experienced in resolving disputes involving employment issues.

4. By sending a copy of this Request Form to John L. Sullivan II and to JAMS/Endispute (Att'n Nildania Perez, Field Supervisor, 45 Broadway, 28th Floor, New York NY 10006; Tel.: 800-352-5267 or 212-751-2700; Fax: 212-751-4099), Credit Suisse is requesting that its claim against John L. Sullivan II be mediated in accordance with the procedures described in the Program.

5. Credit Suisse's check in the amount of $150 accompanies the copy of this Request Form Credit Suisse is sending to JAMS/Endispute. This amount represents the filing fee payable by Credit Suisse in respect of the mediation it is requesting.

6. The entire mediation process will be confidential. No offers, settlement proposals and confidential statements to the mediator, whether oral or written, made during the mediation by John L. Sullivan II, his representative (if applicable), the Credit Suisse representatives or the mediator (or the mediator's agents, employees, experts and attorneys) will or may be disclosed to third parties or used in arbitration. However, information that would otherwise be usable in an arbitration will remain usable in the arbitration, even if that information has been discussed or shared in the mediation.

_____         Director and Counsel
(Sign Name)                              Title

Alexander C.B. Barnard
(Print Name)

October 3, 2007                          (212) 325-2000
Date of Request                          Telephone Number



# Demand for Arbitration Before JAMS

THE RESOLUTION EXPERTS

## Instructions for Submittal of Arbitration to JAMS

### Demand for Arbitration Based on Pre-Dispute Provision

If you wish to proceed with an arbitration by executing and serving a Demand for Arbitration on the appropriate party, please submit the following items to JAMS:

A. Two (2) copies of the **Demand for Arbitration**

B. **Proof of service** of the Demand on the appropriate party
   E.g., copy of certified mail receipt signed by recipient or sworn statement of service by a non-party over 18 years of age.

C. Two (2) copies of the **entire contract containing the arbitration clause**

D. Initial non-refundable **$300.00 Case Management Fee (CMF) per party**
   Each party may submit its own CMF, or to expedite the commencement of the proceedings one party may elect to submit both or all CMF's. In lengthier, more complex cases additional Case Management fees may be billed. For cases involving consumers, see JAMS Policy on Consumer Arbitrations Pursuant to Pre-Dispute Clauses.

### OR

### Arbitration Based on Post-Dispute Fully Executed Arbitration Agreement, Oral Stipulation or Court Order Compelling Arbitration

Whether or not a certain arbitrator has been designated, if the parties have agreed to arbitrate at JAMS or the court has ordered that the parties arbitrate at JAMS, kindly forward the following items to JAMS:

A. Two (2) copies of **Executed Arbitration Agreement OR Court Order appointing arbitrator/JAMS**
   Please contact JAMS to obtain the appropriate form (e.g., Arbitration Agreement)

B. Two (2) copies of the **entire contract, if any, containing an applicable arbitration clause**

C. Initial non-refundable **$300.00 Case Management Fee (CMF) per party**
   Each party may submit its own CMF, or to expedite the commencement of the proceedings one party may elect to submit both or all CMF's. In lengthier, more complex cases additional Case Management fees may be billed. For cases involving consumers, see JAMS Policy on Consumer Arbitrations Pursuant to Pre-Dispute Clauses.

**Please submit to your local JAMS office.**

Once the above items are received, JAMS will contact all parties to commence the arbitration process, including the appointment of an arbitrator and scheduling of a hearing date.

GL590/1949574.1 Updated 1/15/05

Resolution Centers Nationwide • 1.800.352.5267 • www.jamsadr.com
(c) copyright 2005 JAMS. All rights reserved.



# Demand for Arbitration Before JAMS

**TO RESPONDENT:** John L. Sullivan II
(Name of the Party on whom Demand for Arbitration is made)

(Address) 29 Lloyden Drive

(City) Atherton     (State) CA     (Zip) 94027
(Telephone)     (Fax)     (E-Mail)

Representative/Attorney (if known): _____
(Name of the Representative/Attorney of the Party on whom Demand for Arbitration is made)
(Address)

(City)     (State)     (Zip)
(Telephone)     (Fax)     (E-Mail)

**FROM CLAIMANT** (Name): Credit Suisse Securities (USA) LLC

(Address) 11 Madison Avenue

(City) New York     (State) New York     (Zip) 10010
(Telephone) (212) 325-2000     (Fax)     (E-Mail)

Representative/Attorney of Claimant (if known): Alexander C.B. Barnard
(Name of the Representative/Attorney for the Party Demanding Arbitration)
(Address) Credit Suisse Securities (USA) LLC

(City) New York     (State) New York     (Zip) 10010
(Telephone) (212) 325-2000     (Fax)     (E-Mail) (see below)

## NATURE OF DISPUTE

Claimant hereby demands that you submit the following dispute to final and binding arbitration (a more detailed statement of the claim(s) may be attached): EMAIL: alexander.barnard@credit-suisse.com]. Respondent was an employee of Claimant as of September 27, 2007, when he abruptly purported to resign and began aggressively soliciting Claimant's clients in violation of an agreement under which he promised to provide Claimant with 60 days' notice of his intent to resign and, for an additional 30 days after effective termination, to refrain from competing with Claimant's clients and employees, and for an additional 60 days after effective termination, to

GL590/1949574.1

- 2 -



# Demand for Arbitration Before JAMS

refrain from soliciting Claimant's clients and employees. Such conduct is in violation of numerous contractual provisions as well as Respondent's fiduciary duties to Claimant.

### ARBITRATION AGREEMENT
This demand is made pursuant to the arbitration agreement which the parties made as follows (cite location of arbitration provision & attach two (2) copies of entire agreement).

### CLAIM & RELIEF SOUGHT BY CLAIMANT
Claimant asserts the following claim and seeks the following relief (include amount in controversy, if applicable): Claimant asserts claims for: breach of contract, breach of fiduciary duty, and interference with contractual relations. Claimant reserves the right to assert additional claims. Claimant seeks injunctive relief and damages.

### RESPONSE
Respondent may file a response and counter-claim to the above-stated claim according to the applicable arbitration rules. Send the original response and counter-claim to the claimant at the address stated above with two (2) copies to JAMS.

### Request for Hearing
JAMS is requested to set this matter for hearing at:

New York, New York
_____
(Preferred Hearing Location)

GL590/1949574.1                           - 3 -
                                    Updated 1/15/05
                  Resolution Centers Nationwide • 1.800.352.5267 • www.jamsadr.com
                         (c) copyright 2005 JAMS. All rights reserved.



# Demand for Arbitration Before JAMS

Signed (Claimant): _Alexander Barnard_ Date: October 3, 2007
(may be signed by an attorney)

Print Name: Alexander C.B. Barnard

Please include a check payable to JAMS for the required initial, non-refundable $300.00 per party deposit to be applied toward your case management fee and submit to your local JAMS office.



THE RESOLUTION EXPERTS

# Demand for Arbitration Before JAMS

## Instructions for Submittal of Arbitration to JAMS

**Demand for Arbitration Based on Pre-Dispute Provision**

If you wish to proceed with an arbitration by executing and serving a Demand for Arbitration on the appropriate party, please submit the following items to JAMS:

A. Two (2) copies of the **Demand for Arbitration**

B. **Proof of service** of the Demand on the appropriate party
   E.g., copy of certified mail receipt signed by recipient or sworn statement of service by a non-party over 18 years of age.

C. **Two (2) copies of the entire contract containing the arbitration clause**

D. **Initial non-refundable $300.00 Case Management Fee (CMF) per party**
   Each party may submit its own CMF, or to expedite the commencement of the proceedings one party may elect to submit both or all CMF's. In lengthier, more complex cases additional Case Management fees may be billed. For cases involving consumers, see JAMS Policy on Consumer Arbitrations Pursuant to Pre-Dispute Clauses.

### OR

**Arbitration Based on Post-Dispute Fully Executed Arbitration Agreement, Oral Stipulation or Court Order Compelling Arbitration**

Whether or not a certain arbitrator has been designated, if the parties have agreed to arbitrate at JAMS or the court has ordered that the parties arbitrate at JAMS, kindly forward the following items to JAMS:

A. Two (2) copies of **Executed Arbitration Agreement OR Court Order appointing arbitrator/JAMS**
   Please contact JAMS to obtain the appropriate form (e.g., Arbitration Agreement)

B. Two (2) copies of the **entire contract, if any, containing an applicable arbitration clause**

C. **Initial non-refundable $300.00 Case Management Fee (CMF) per party**
   Each party may submit its own CMF, or to expedite the commencement of the proceedings one party may elect to submit both or all CMF's. In lengthier, more complex cases additional Case Management fees may be billed. For cases involving consumers, see JAMS Policy on Consumer Arbitrations Pursuant to Pre-Dispute Clauses.

**Please submit to your local JAMS office.**

Once the above items are received, JAMS will contact all parties to commence the arbitration process, including the appointment of an arbitrator and scheduling of a hearing date.

GL590/1949574.1 Updated 1/15/05

Resolution Centers Nationwide • 1.800.352.5267 • www.jamsadr.com
(c) copyright 2005 JAMS. All rights reserved.



# Demand for Arbitration Before JAMS

THE RESOLUTION EXPERTS

**TO RESPONDENT:** John L. Sullivan II
(Name of the Party on whom Demand for Arbitration is made)

(Address) 29 Lloyden Drive

(City) Atherton   (State) CA   (Zip) 94027
(Telephone)   (Fax)   (E-Mail)

Representative/Attorney (if known): Anthony Paduano
(Name of the Representative/Attorney of the Party on whom Demand for Arbitration is made)

(Address) Paduano & Weintraub, 1251 Avenue of the Americas, Ninth Floor

(City) New York   (State) New York   (Zip) 10020
(Telephone) 212-785-9100   (Fax) 212-785-9099   (E-Mail)

**FROM CLAIMANT** (Name): Credit Suisse Securities (USA) LLC

(Address) 11 Madison Avenue

(City) New York   (State) New York   (Zip) 10010
(Telephone) (212) 325-2000   (Fax)   (E-Mail)

Representative/Attorney of Claimant (if known): Alexander C.B. Barnard
(Name of the Representative/Attorney for the Party Demanding Arbitration)

(Address) Credit Suisse Securities (USA) LLC

(City) New York   (State) New York   (Zip) 10010
(Telephone) (212) 325-2000   (Fax)   (E-Mail) (see below)

## NATURE OF DISPUTE

Claimant hereby demands that you submit the following dispute to final and binding arbitration (a more detailed statement of the claim(s) may be attached): EMAIL: alexander.barnard@credit-suisse.com]. AMENDED DEMAND FOR ARBITRATION. This Demand amends the Demand for Arbitration filed by Claimant against Respondent on October 3, 2007.

Respondent was an employee of Claimant as of September 27, 2007, when he abruptly purported to resign and began aggressively soliciting Claimant's clients in violation of an

GL590/1949574.1

- 2 -



THE RESOLUTION EXPERTS

# Demand for Arbitration Before JAMS

agreement under which he promised to provide Claimant with 60 days' notice of his intent to resign and, for an additional 30 days after effective termination, to refrain from competing with Claimant's clients and employees, and for an additional 60 days after effective termination, to refrain from soliciting Claimant's clients and employees. In addition, Credit Suisse has discovered that, shortly before Respondent purported to resign from Credit Suisse, he (and those acting on his behalf) took Credit Suisse's confidential and proprietary information. Such conduct is in violation of numerous contractual provisions as well as Respondent's fiduciary duties to Claimant.

## ARBITRATION AGREEMENT
This demand is made pursuant to the arbitration agreement which the parties made as follows (cite location of arbitration provision & attach two (2) copies of entire agreement).

## CLAIM & RELIEF SOUGHT BY CLAIMANT
Claimant asserts the following claim and seeks the following relief (include amount in controversy, if applicable): Claimant asserts claims for: breach of contract, breach of fiduciary duty, misappropriation of trade secrets, conversion, unfair competition, and tortious interence with contractual relations. Claimant reserves the right to assert additional claims. Claimant seeks injunctive relief and damages.

## RESPONSE
Respondent may file a response and counter-claim to the above-stated claim according to the applicable arbitration rules. Send the original response and counter-claim to the claimant at the address stated above with two (2) copies to JAMS.

GL590/1949574.1

- 3 -



# Demand for Arbitration Before JAMS

THE RESOLUTION EXPERTS

## Request for Hearing

JAMS is requested to set this matter for hearing at: New York, New York
<br>(Preferred Hearing Location)

Signed (Claimant): _/s/ Alexander Barnard_  Date: October 16, 2007
(may be signed by an attorney)

Print Name: Alexander C.B. Barnard

Please include a check payable to JAMS for the required initial, non-refundable $300.00 per party deposit to be applied toward your case management fee and submit to your local JAMS office.