```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
CREDIT SUISSE SECURITIES (USA) LLC,       :
                Plaintiffs,               :
        - against -                       :
SULLIVAN,                                 :
                Defendant.                :
------------------------------------------------------------------ X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/07

07 CIV. 8556 (JGK) (FM)

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

**JOHN G. KOELTL, District Judge:**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
_____

All such motions: ____

**SO ORDERED.**

DATED:   New York, New York
         October 17, 2007

/s/ John G. Koeltl
John G. Koeltl
United States District Judge

* Do not check if already referred for general pretrial.