UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 10/18/07

CREDIT SUISSE SECURITIES (USA) LLC,

Plaintiffs,

- against -

SULLIVAN,

Defendant.

07 Civ. 08556 (JGK) (FM)

ORDER OF REFERENCE TO A MAGISTRATE JUDGE

**JOHN G. KOELTL, District Judge:**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

______________________

______________________

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: ______________

_X__ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: ______________________

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: ______________

______________________

All such motions: ____

**SO ORDERED.**

DATED: New York, New York
October 17, 2007

John G. Koeltl
United States District Judge

* Do not check if already referred for general pretrial.