```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CREDIT SUISSE SECURITIES LLC,

                    Plaintiff,        07 Civ. 8556 (JGK)

      - against -             ORDER

SULLIVAN,

                  Defendant.

JOHN G. KOELTL, District Judge:

The request for a temporary restraining order is **denied**.

The defendant should file any motion to dismiss by **October 22, 2007**. The plaintiff should respond by **October 24, 2007**, and any reply is due **October 25, 2007**.

Each party is entitled to take one deposition by Saturday, **October 20, 2007**, in California, for no longer than 5 hours each. Each party may serve two document requests, and the documents requested should be produced prior to the depositions.

As represented by counsel for the respondent, commencing ~~today,~~ October 18, 2007, respondent's counsel shall hold all documents and copies of documents otherwise required to be produced by the requested temporary restraining order.

Any further papers in support of or in opposition to the Preliminary Injunction request are due on **October 24, 2007**, and any replies are due on **October 25, 2007**.

A hearing is scheduled for **Wednesday, October 31, 2007** at **9:30 a.m.** The parties should submit proposed findings of fact and conclusions of law by **October 29, 2007**.

SO ORDERED.

Dated:   New York, New York
         October 19, 2007

_____
John G. Koeltl
United States District Judge