| Attorney or Party without Attorney:<br>ALEXANDER C. B. BARNARD<br>CREDIT SUISSE SECURITIES (USA) LLC<br>11 MADISON AVENUE<br>NEW YORK, NY 10010<br>Telephone No: 212-325-2000 | | For Court Use Only |
|---|---|---|
| Attorney for: **Plaintiff** | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Southern District Of New York | | |
| Plaintiff: CREDIT SUISSE SECURITIES (USA) LLC | | |
| Defendant: JOHN L. SULLIVAN II | | |

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07 CIV 8556 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; PETITIONER CREDIT SUISSE SECURITIES (USA) LLC DISCLOSURES PURSUANT TO RULE 7.1; PETITION FOR INJUNCTIVE RELIEF PENDING ARBITRATION; DECLARATION OF ALEXANDER C.B. BARNARD; DECLARATION OF CAREY H. TIMBRELL IN SUPPORT OF PETITIONER'S EMERGENCY MOTION FOR INJUNCTION IN AID OF ARBITRATION.

3. a. Party served:                            JOHN L. SULLIVAN II

4. Address where the party was served:        29 LLOYDEN DRIVE
                                              ATHERTON, CA 94027

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Oct. 16, 2007 (2) at: 6:07PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:
   a. ELLENOR RIOS

   **First Legal Support Services**
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

Recoverable Cost Per CCP 1033.5(a)(4)(B)

d. The Fee for Service was:

e. I am: (3) registered California process server
   (i) Owner
   (ii) Registration No.:    984
   (iii) County:            Santa Clara

8. **I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.**

   Date: Wed, Oct. 17, 2007

| Judicial Council Form POS-010<br>Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS & COMPLAINT | (ELLENOR RIOS)<br>6379212.cresu-ny.92290 |
|---|---|---|

TOTAL P.03

## ACKNOWLEDGMENT

State of California
County of **SAN FRANCISCO**

On **10/17/07** before me, **GREG MIDDLETON, NOTARY PUBLIC**,
(here insert name and title of the officer)

personally appeared **ELLENOR RIOS**

_____

_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be

the person(s) whose name(s) is/are subscribed to the within instrument and

acknowledged to me that he/she/they executed the same in his/her/their authorized

capacity(ies), and that by his/her/their signature(s) on the instrument the person(s),

or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _Phny Middltt_

**GREG MIDDLETON**
COMM. # 1682270
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
July 16, 2010

(Seal)