UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
CREDIT SUISSE SECURITIES (USA) LLC,   :   No. 07 Civ. 8556
                                                             :
                  Petitioner,          :
                                                             :
    -against-                                        :
                                                             :
                                                             :   **NOTICE OF DISMISSAL**
JOHN L. SULLIVAN II and                      :
                                                             :
                                                             :
                  Respondent.      :
                                                             :
------------------------------------------------------------ x

       PLEASE TAKE NOTICE that plaintiff Credit Suisse Securities (USA) LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(i), hereby dismisses all claims against defendant John L. Sullivan II in the above-captioned action.

Dated: October 19, 2007

                                                                CREDIT SUISSE SECURITIES
                                                                (USA) LLC

                                                                */s/ Alexander Barnard*
                                                                Alexander C.B. Barnard (AB-3181)
                                                                One Madison Avenue, 9th Floor
                                                                New York, New York 10010
                                                                (212) 325-2000

                                                                *Attorney for Credit Suisse*
                                                                *Securities (USA) LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
CREDIT SUISSE SECURITIES (USA) LLC,      :   No. 07 Civ. 8556 (JGK) (FM)
                          Petitioner,    :
                                         :
        -against-                        :   **AFFIRMATION OF SERVICE**
                                         :
JOHN L. SULLIVAN II                      :
                                         :
                          Respondent.    :
                                         :
------------------------------------------------------------ x

Ariel P. Cannon affirms under penalty of perjury that:

    1.    I am over the age of eighteen years, not a party to this action, and an employee of the firm of Dewey Pegno & Kramarsky LLP, counsel for Credit Suisse Securities.

On the 18th day of October 2007, I caused a copy of the foregoing **Notice of Dismissal** to be served by Hand on:

    Mr. Leonard Weintraub
    Paduano & Weintraub LLP
    1251 Avenue of the Americas
    Ninth Floor
    New York, NY 10020

Dated:  New York, New York
          October 19, 2007

                                                  Ariel Cannon