UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CREDIT SUISSE SECURITIES (USA) LLC,   :

                Plaintiff,   :   **ORDER**

    -against-   :   07 Civ. 8556 (JGK)(FM)

JOHN L. SULLIVAN, II,   :

                Defendant.   :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/07

**FRANK MAAS,** United States Magistrate Judge.

It is hereby ORDERED that a settlement conference shall be held on October 26, 2007, at 10:00 a.m., in Courtroom 20A, 500 Pearl Street, New York, New York 10007. Settlement procedures are attached. Due to the short notice provided for the conference, the parties need not submit a settlement letter as specified in paragraph three of the settlement procedures.

    SO ORDERED.

Dated:    New York, New York
            October 22, 2007

                                                        FRANK MAAS
                                          United States Magistrate Judge

Copies to:

Honorable John G. Koeltl
United States District Judge

Alexander Corbin burr Barnard, Esq.
Credit Suisse Securities (USA) LLC
Fax: (212) 702-8200

Anthony Paduano, Esq. / Joseph E. Gasperetti, Esq.
Paduano & Weintraub, LLP
Fax: (212) 758-9099