UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

CREDIT SUISSE SECURITIES (USA) LLC,   :   No. 07 Civ. 8556

    Petitioner,   :

-against-   :

JOHN L. SULLIVAN II and   :   **NOTICE OF DISMISSAL** *& Order*

    Respondent.   :

------------------------------------------------------------- x

PLEASE TAKE NOTICE that plaintiff Credit Suisse Securities (USA) LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(i), hereby dismisses all claims against defendant John L. Sullivan II in the above-captioned action.

Dated: October 19, 2007

CREDIT SUISSE SECURITIES (USA) LLC

*Alexander Barnard* (signature)
Alexander C.B. Barnard (AB-3181)
One Madison Avenue, 9th Floor
New York, New York 10010
(212) 325-2000

*Attorney for Credit Suisse Securities (USA) LLC*

So ordered.
[signature] /s/ JGK
U.S.D.J.   10/23/07

The Clerk is directed to close and dismiss all pending motions without prejudice as moot.
So ordered. [signature] JGK
10/23/07   U.S.D.J.